IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 14-cv-1949-JLK

KATHERINE STRUCK,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

## ORDER

Kane, J.

    This matter is currently before me on Defendant's Unopposed Motion for Protective Order (Doc. 17).  Having reviewed that motion, and the parties' stipulated Protective Order (Doc. 17-1), I find that the parties have adequately justified the requested Protective Order. Accordingly, Defendant's motion is GRANTED.  The Clerk shall enter the Protective Order attached as Exhibit 1 to Defendant's Unopposed Motion for Protective Order.

DATED:  March 4, 2015

BY THE COURT:

s/John L. Kane
U.S. Senior District Judge