IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 14-CV-1949-JLK

**KATHERINE STRUCK,**

    Plaintiff,

v.

**AMERICAN FAMILY MUTUAL INSURANCE COMPANY,**

    Defendant.

## ORDER OF DISMISSAL

Kane, J.

Upon consideration of the Stipulated Motion to Dismiss (Doc. 27), filed June 12, 2015, it is

**ORDERED** that the Motion is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorney fees.

Dated: June 12, 2015

                                      BY THE COURT:

                                      *S/John L. Kane*
                                      SENIOR U.S. DISTRICT COURT JUDGE